# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **MARCUS HILL** | **CIVIL ACTION NO. 18-1006** |
| | **SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF'S OFFICE OUACHITA PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Marcus Hill's Complaints [Doc. Nos. 1, 11], are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 8th day of January, 2019.

_____
Terry A. Doughty
United States District Judge